*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

---

CASSEY RENEE WILLIAMS,

        Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,

        Defendant/Cross-Plaintiff-Appellee,

and

CINCINNATI INSURANCE COMPANY,

        Defendant/Cross-Defendant-
        Appellee.

UNPUBLISHED
April 16, 2019

No. 341473
Ingham Circuit Court
LC No. 16-000623-NF

---

Before: SWARTZLE, P.J., AND MARKEY AND RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*)

      I concur in result only.

                             /s/ Amy Ronayne Krause